## FRANK A. SHERER ET AL. *v.* BOARD OF TAX REVIEW OF THE TOWN OF MIDDLEBURY

The named plaintiff's petition for certification for appeal from the Appellate Court (AC 19939) is denied.

MCDONALD, C. J., and VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Frank A. Sherer*, pro se, in support of the petition.

*Robert W. Smith*, in opposition.

Decided May 18, 2000

## STATE OF CONNECTICUT *v.* ANTHONY FISHER

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 371 (AC 18314), is denied.

*Kirstin B. Coffin*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.